# ATTACHMENT A

**Contraband**

Approximately 1,100 pounds of synthetic drugs, organic or non-organic substances, or other smokable or ingestible substances by whatever name they are known, seized on or before December 3, 2014, whether or not tested by the Drug Enforcement Administration

All items of drug paraphernalia seized on December 3, 2014

**Real Property:**

1. A building located at 4701 Estes Parkway, in Gregg County, Texas known as the Glass Dragon Super Store, a.k.a. the Glass Dragon and the Longview Candle Store legally described as 0.317 of acre o/o all that certain tract or parcel of land, part of the B.B.B & C.R.R. survey, abstract No. 33, Gregg County, Texas, being part of that certain called 1.0 acre tract described in a deed from Marjorie Brown et al to DFW Vending, Inc. on May 29, 2012, and recorded in Gregg County clerk's file no. 201210332.

2. Those certain tracts or parcels of land located on CR 371, Smith County, Texas, described as:

    (a) Tract 3, Abstract 747, Isaac Norris Survey
    APN/Parcel #100000074700003000
    Map #19670/Map Grid N-11.2D
    (b) Tract 3A, Abstract 747, Isaac Norris Survey
    APN/Parcel #100000074700003010
    Map #19670/Map Grid N-11.2D
    (c) Tract 4, Abstract 588, Samuel S. Lovett Survey
    APN/Parcel #100000058800004000
    Map #19650/Map Grid N-11.2D
    (d) Tract 4A, Abstract 588, Samuel S. Lovett Survey
    APN/Parcel #100000058800004010
    Map #19650/Map Grid N-11.2D

**Bank Accounts/IRA:**

1. $20,011.47 seized from BBVA checking account #xxxxxx1228, in the name of Tidwell Corporation

2. $10,006.04 seized from BBVA checking account #xxxxx1961, in the name of Tidwell Corporation

3. $5,383.00 seized from BBVA checking account #xxxxxx4073, in the name of Oliver & Addison, LLC, d/b/a Pine Tree

4. $10,829.82 seized from Capital One checking account #xxxxxx9541, in the name of Jeremy and Shanna Tidwell

5. $325,834.44 seized from Citizens National Bank checking account #xxxxxx5316, in the name of Tidwell Corporation

6. $39,627.72 seized from FNB Tom Bean checking account #xxx4129, in the name of Jeremy and Shanna Tidwell

7. $1,919.00 seized from JPMorgan Chase Bank account #xxxxxx0772 and #xxxxx5728, in the name of Brian Tidwell

8. $6,800.37 seized from Southside Bank checking account #xxx5320, in the name of Jeremy Tidwell, d/b/a Glass Dragon

9. $151,889.70 seized from Southside Bank checking account #xxx3376, in the name of Longview Candle Store

10. $7,480.86 seized from Southside Bank checking account #xxx3406, in the name of East Texas Vapor, d/b/a Longview Vapor

11. $150,578.44 seized from Texas Bank & Trust checking account #xx6852, in the name of Wheels Up Aviation, LLC

12. $4,555.39 seized from Texas Bank & Trust health savings account #xxx7581, in the name of Shanna Tidwell

13. $9,828.44 seized from Oppenheimer Funds, account #xxxxxxxxxx8198, in the name of Jeremy Tidwell

14. $9,049.73 seized from Oppenheimer Funds, account #xxxxxxxxxx0203, in the name of Shanna Tidwell

**U.S. Currency:**

1. $425,795.00 seized from Jeremy and Shanna Tidwell's residence located at 130 Coyle Road, Gilmer, TX

2.      $48,629.14 seized from Shanna Tidwell

3.      $2,702.00 seized from Jeremy Tidwell

4.      $1,098.00 seized from the East Texas Vapor Store, located at 896-914 Pine Tree Road, Longview, TX

5.      $2,213.00 seized from the Glass Dragon Super Store, located at 4701 Estes Parkway, Longview, TX

6.      $5,430.00 seized from the Glass Dragon Super Store, located at 4701 Estes Parkway, Longview, TX

7.      $40,714.80 seized from the Longview Candle Store, located at 4701 Estes Parkway, Longview, TX

**Precious Metals:**

Assorted silver bars and coins having an approximate value of $45,339.00

**Conveyances:**

1.      1976 Cessna, model 172N, fixed wing, single engine aircraft, serial # 17268047; tail #N75925

2.      2001 Cirrus Design Corp., model SR22, fixed wing aircraft, serial #0081; tail #N845JR

3.      2013 Cadillac CTS-V, VIN 1G6DV5EP3D0115156, Texas LP #BLG6256

4.      2015 Cadillac SR-X, VIN 3GYFNDE33FS548060, Texas LP #DZF9642

5.      2014 Jeep Grand Cherokee, VIN 1C4RJFDJ5EC572231, Texas LP #DXJ7034

6.      2013 Jeep Grand Cherokee, VIN 1C4RJFDJ7DC503944, Texas LP #DNF4280

7.      2014 Ford F-350 pickup, VIN 1FT8W3DT4EEA72174, Texas LP #CVL7604

8.      2013 Jayco, Melbourne Class C motorhome, VIN 1FDXE4FS6DDA39671, Texas LP #BSV7076

9. 2014 Bennington 2275 RCW pontoon boat, HIN ETW98130A414; Texas LP #505943H

10. 2014 United Trailer, UTP Haul Rite boat trailer, VIN 19BEM1625ECA14102; Texas LP #505943H

11. 2014 PJ Trailers, flatbed trailer, VIN 4P5LD3527E1204833, Texas LP #FCXH97

12. 2013 Can-Am, 5KDF XMR ATV, serial #3JBLWPP12DJ000740

13. Caterpillar, 299D XHP track loader, serial # NLC368, together Bradco Magnum MM 60S mulcher

14. Canon IR ADV 6255 copier, serial #NMU14325

**Firearms:**

1. Smith and Wesson, M&P 15, .223 caliber rifle, serial number SU10708

2. Stoeger, M3500, 12 caliber shotgun, serial number 1346926

3. Ruger, LCR 22LR, .22 caliber pistol, serial number 548-34624

4. Beretta, PX4 Storm, semi-automatic 9mm pistol, serial number PZ77540

5. (1) case of .223 ammunition