IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | § § § | |
| v. | § § § § | No. 6:16-cv-1299 |
| CERTAIN PROPERTY DESCRIBED IN<br>ATTACHMENT A,<br>Defendants. | § § § | |

## APPLICATION FOR WARRANT OF ARREST IN REM

The United States of America, by its undersigned counsel, respectfully requests that the Clerk of this Court issue the attached warrant of arrest in rem pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States shows as follows:

1. On November 16, 2016, the United States filed a complaint for civil forfeiture in rem in the above-referenced case seeking forfeiture of Certain Property described in Attachment A (collectively, defendant property).

2. The defendant property is in the possession, custody, and control of the United States, to wit: United States Marshals Service, which obtained custody on December 3, 2014, pursuant to a seizure warrant.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody, or control, the clerk "must issue a warrant to arrest the property."

Accordingly, the United States respectfully requests that the Clerk of the Court issue the attached warrant of arrest in rem.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

*/s/ Mary Ann Cosby*
MARY ANN COSBY
Assistant United States Attorney
Texas Bar No. 02656020
110 N. College, Suite 700
Tyler, Texas 75702
Tel: (903) 590-1440
Fax: (903) 590-1439
mary.ann.cozby@usdoj.gov