IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | §<br>§<br>§ |
| VS. | §      NO. 6:16-CV-1299 |
| CERTAIN PROPERTY DESCRIBED IN<br>ATTACHMENT A,<br><br>　　Defendants, | § |

## VERIFIED CLAIM OF SMITH COUNTY, TX. et al.

CLAIMANTS, Smith County, Texas, Smith County Emergency Services District #2, and Kilgore College, ("Taxing Authorities"), file this Verified Claim and would show the following:

1. The real property which is the subject of this action and on which this claim is filed is described in the United States' Verified Complaint for Forfeiture in Rem (filed November 16, 2016) and identified as follows:

   (a) Tract 3, Abstract 747, Isaac Norris Survey, APN/Parcel #1000000470003000, Map # 19670/Map Grid N-11.2D;
   (b) Tract 3A, Abstract 747, Isaac Norris Survey, APN/Parcel #100000074700003010, Map 19670/Map Grid N-11.2D;
   (c) Tract 4, Abstract 588, Samuel S. Lovett Survey, APN/Parcel #100000058800004000, Map #19650/Map Grid N-11.2D;
   (d) Tract 4A, Abstract 588, Samuel S. Lovett Survey, APN/Parcel # 100000058800004010, Map # 19650/Map Grid N-11.2 D.

2. Taxing Authorities are units of local government of the State of Texas.

3. This claim is filed by the undersigned attorney as the agent for Claimants and she is duly authorized to assert this claim on their behalf by virtue of a contract between the law firm and the

1

Claimants for collection of delinquent ad valorem taxes made pursuant to Tex. Prop. Tax Code Ann. §6.30(c).

4. Taxing Authorities are political subdivisions of the State of Texas authorized to levy and collect ad valorem taxes on the subject property. Any offsets and credits existing against the amounts due will be allowed.

5. Claimants are taxing units as defined by Tex. Prop. Tax Code Ann. §1.04(12), and as such, levied ad valorem taxes on the subject property for the years and in the amounts appearing below, *exclusive of penalties and interest* :

| Property | Acct No. | Tax Year | Base Tax |
|---|---|---|---|
| 14.257 Acres Norris Tract 3 | 100000074700003000 | 2014-2016 | $44.85 |
| 17.367 Acres Norris Tract 3A | 100000074700003010 | 2014-2016 | $54.66 |
| 10.778 Acres S. Lovett Tract 4 | 100000058800004000 | 2014-2016 | $33.91 |
| 7.858 Acres S. Lovett Tract 4A | 100000058800004010 | 2014-2016 | $24.73 |

Claimants will levy ad valorem taxes on the subject property for 2017 in an amount to be determined. (*See* Exhibit 1, Tax Statements).

6. Section 32.01 of the Texas Property Tax Code creates a lien which perfects on January 1 of each tax year to the benefit of the Taxing Authorities to secure payment of *all* tax, penalty and interest imposed on the property. Those liens constitute valid, good faith interest in the subject property which are superior to all interest by virtue of Tex. Prop. Tax Code Ann. §32.05.

7. Claimants reserve the right to amend this claim.

Respectfully Submitted,

Lori Gruver
Attorney for Taxing Authorities

By:   /s/ Lori Gruver
Lori Gruver
State Bar No. 24007283
Linebarger Goggan
Blair & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 693-0728 (Facsimile)

STATE OF TEXAS                §
                                       §
COUNTY OF TRAVIS         §

BEFORE ME, the undersigned authority on this day personally appeared Lori Gruver, who being first duly sworn on oath deposed and said that she is the attorney for the Taxing Authorities as a partner in the law firm of Linebarger Goggan Blair & Sampson, LLP, and as such is authorized to make the foregoing petition on their behalf by virtue of a contract between the law firm and the Taxing Authorities for Collection of delinquent ad valorem taxes made pursuant to TEX. PROP. TAX CODE ANN. §6.30(c), that she has read the foregoing petition, has personal knowledge of each of the allegations set forth therein, and that each of those allegations is true and correct.

/s/ Lori Gruver
Lori Gruver

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Lori Gruver, this the 2nd day of March, 2017, to certify which witness my hand and seal of office.


LYDIA ROSE VEROSKY
My Notary ID # 10887016
Expires February 6, 2020

/s/ Lydia R. Verosky
NOTARY PUBLIC, State of Texas

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been filed electronically and is to be served by electronic transmission to all parties on the court's electronic mailing matrix on March 2, 2017.

                                              /s/ Lori Gruver
                                              LORI GRUVER



Friday, February 24, 2017

Home | Contact Us | Legal

- Home
- Tax Online
- Vehicles
- Locations
- Tax Information
- Careers

### Property Tax Record

New Search

**Account:** 100000058800004010
**APD:** R178020
**Location:** 0000000C R 371
**Legal:** ABST A0588 S LOVETT TRACT 4A ( PT 25.225 / SEE A-747 TR 3A)
**Owner:** TIDWELL JEREMY
130 COYLE ROAD
GILMER TX 75645

**Acres:** 7.858
**Yr Built:** 0
**Sq Ft:** 0
**Def. Start:** NONE
**Def. End:** NONE
**Roll:** R
**UDI:** 100%

**2016 Values**
Agriculture  26796
Land Ag Land  1414
**2016 Exemptions**
AG002  26796

Click on the e-Statement button to view Total Tax Due.

Click on the e-Payment button to make a credit card or eCheck payment.

Current status | Tax Estimator | e-Payment | e-Statement
All years | Payments
Correspondence

| Year | Unit | Levy Amount | Levy Paid | Levy Due | Penalty | Interest | Col Penalty | Total Due | Receipt Date |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 2 | 1.20 | 0.00 | 1.20 | 0.07 | 0.01 | 0.00 | 1.28 | |
| 2016 | 212 | 4.67 | 0.00 | 4.67 | 0.28 | 0.05 | 0.00 | 5.00 | |
| 2016 | SK | 2.47 | 0.00 | 2.47 | 0.15 | 0.02 | 0.00 | 2.64 | |
| 2016 Totals | | 8.34 | 0.00 | 8.34 | 0.50 | 0.08 | 0.00 | 8.92 | |
| 2015 | 2 | 1.20 | 0.00 | 1.20 | 0.14 | 0.16 | 0.22 | 1.72 | |
| 2015 | 212 | 4.67 | 0.00 | 4.67 | 0.56 | 0.61 | 0.88 | 6.72 | |
| 2015 | SK | 2.47 | 0.00 | 2.47 | 0.30 | 0.32 | 0.46 | 3.55 | |
| 2015 Totals | | 8.34 | 0.00 | 8.34 | 1.00 | 1.09 | 1.56 | 11.99 | |
| 2014 | 2 | 1.20 | 0.00 | 1.20 | 0.14 | 0.30 | 0.25 | 1.89 | |
| 2014 | 212 | 4.67 | 0.00 | 4.67 | 0.56 | 1.17 | 0.96 | 7.36 | |
| 2014 | SK | 2.18 | 0.00 | 2.18 | 0.26 | 0.55 | 0.45 | 3.44 | |
| 2014 Totals | | 8.05 | 0.00 | 8.05 | 0.96 | 2.02 | 1.66 | 12.69 | |

Read our Privacy Policy

Smith County Tax Assessor/Collector
903-590-2920
Copyright© 2009 Smith County. All Rights Reserved.
Site Design by Spindlemedia

taxoffice@smith-county.com

EXHIBIT 1

Page 1 of 8



| Gary B. Barber | 2016+ Tax Statement |
| --- | --- |
| Smith County Tax Office | |
| P.O. Box 2011 | Property Account Number: |
| Tyler, TX 75710-2011 | |
| 903-590-2920 | 100000058800004010 |

| | | | |
| --- | --- | --- | --- |
| Statement Date: | 02/14/2017 | Property Location: | 0000000 C R 371 |
| Owner: | TIDWELL JEREMY | Acres: | 7.858 |
| Mailing Address: | 130 COYLE ROAD | Legal Description: | ABST A0588 S LOVETT TRACT 4A ( |
| | GILMER TX 75645 | | PT 25.225 / SEE A-747 TR 3A) |

Exemptions: Ag 1D1

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE |
| --- | --- | --- | --- | --- |
| 0 | 28,210 | 0 | 0 | 1,414 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
| --- | --- | --- | --- | --- |
| KILGORE COLLEGE | 26,796 | 1,414 | 0.175000 | 2.47 |
| SMITH CO EMER SERV#2 | 26,796 | 1,414 | 0.084648 | 1.20 |
| SMITH COUNTY | 26,796 | 1,414 | 0.330000 | 4.67 |
| | | | TOTAL BASE TAX | 8.34 |
| | | | PENALTY & INTEREST | 0.58 |
| | | | PRIOR YEARS | 24.68 |
| | | | Total Amount Due | 33.60 |

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE SMITH COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE SMITH COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $1.80.

---

↓ Detach ↓
Return With Payment

2016 +Tax Statement
02/14/2017

NOTE: TOTAL SHOWS CURRENT AND PRIOR YEAR TAXES DUE.

EXHIBIT 1
Page 2 of 8

TIDWELL JEREMY
130 COYLE ROAD
GILMER TX 75645

| Property Account Number | |
| --- | --- |
| 1000000058800004010 | |
| Total Amount Due | $33.60 |
| IF PAID IN | AMOUNT DUE |
| MAR | 33.94 |
| APR | 34.29 |
| MAY | 34.68 |
| JUN | 34.99 |
| JUL | 36.91 |
| AUG | 37.22 |
| Please Make Checks Payable To: | |
| Gary B. Barber | |

2016 00000537133 0000003360 0000003394 0000003429 0000003468 C 001



county.tax.office.com

Friday, February 24, 2017

Home | Contact Us | Legal

- Home
- Tax Online
- Vehicles
- Locations
- Tax Information
- Careers

### Property Tax Record

New Search

**Account:** 100000058800004000
**APD:** R025944
**Location:** 0000000C R 371
**Legal:** ABST A0588 S LOVETT TRACT 4 (P T 25.035 AC / SEE A-747 TR 3)
**Owner:** TIDWELL JEREMY
130 COYLE ROAD
GILMER TX 75645

**Acres:** 10.778
**Yr Built:** 0
**Sq Ft:** 0
**Def. Start:** NONE
**Def. End:** NONE
**Roll:** R
**UDI:** 100%

**2016 Values**
Agriculture          36753
Land Ag Land          1940
**2016 Exemptions**
AG002               36753

Click on the e-Statement button to view Total Tax Due.

Click on the e-Payment button to make a credit card or eCheck payment.

Current status | Tax Estimator | e-Payment | e-Statement
All years | Payments
Correspondence

| Year | Unit | Levy Amount | Levy Paid | Levy Due | Penalty | Interest | Col Penalty | Total Due | Receipt Date |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 2 | 1.64 | 0.00 | 1.64 | 0.10 | 0.02 | 0.00 | 1.76 | |
| 2016 | 212 | 6.40 | 0.00 | 6.40 | 0.38 | 0.06 | 0.00 | 6.84 | |
| 2016 | SK | 3.40 | 0.00 | 3.40 | 0.20 | 0.03 | 0.00 | 3.63 | |
| 2016 Totals | | 11.44 | 0.00 | 11.44 | 0.68 | 0.11 | 0.00 | 12.23 | |
| 2015 | 2 | 1.64 | 0.00 | 1.64 | 0.20 | 0.21 | 0.31 | 2.36 | |
| 2015 | 212 | 6.40 | 0.00 | 6.40 | 0.77 | 0.83 | 1.20 | 9.20 | |
| 2015 | SK | 3.40 | 0.00 | 3.40 | 0.41 | 0.44 | 0.64 | 4.89 | |
| 2015 Totals | | 11.44 | 0.00 | 11.44 | 1.38 | 1.48 | 2.15 | 16.45 | |
| 2014 | 2 | 1.64 | 0.00 | 1.64 | 0.20 | 0.41 | 0.34 | 2.59 | |
| 2014 | 212 | 6.40 | 0.00 | 6.40 | 0.77 | 1.60 | 1.32 | 10.09 | |
| 2014 | SK | 2.99 | 0.00 | 2.99 | 0.36 | 0.75 | 0.61 | 4.71 | |
| 2014 Totals | | 11.03 | 0.00 | 11.03 | 1.33 | 2.76 | 2.27 | 17.39 | |

Read our Privacy Policy

Smith County Tax Assessor/Collector
903-590-2920
Copyright© 2009 Smith County. All Rights Reserved.
Site Design by Spindlemedia

taxoffice@smith-county.com

EXHIBIT 1

Page 3 of 8



**Gary B. Barber**
Smith County Tax Office
P.O. Box 2011
Tyler, TX 75710-2011
903-590-2920

## 2016+ Tax Statement

**Property Account Number:**

**100000058800004000**

| | |
|---|---|
| Statement Date: | 02/14/2017 |
| Owner: | TIDWELL JEREMY |
| Mailing Address: | 130 COYLE ROAD<br>GILMER TX 75645 |

| | |
|---|---|
| Property Location: | 0000000 C R 371 |
| Acres: | 10.778 |
| Legal Description: | ABST A0588 S LOVETT TRACT 4 (P T 25.035 AC / SEE A-747 TR 3) |

**Exemptions:** Ag 1D1

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE |
|---|---|---|---|---|
| 0 | 38,693 | 0 | 0 | 1,940 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| KILGORE COLLEGE | 36,753 | 1,940 | 0.175000 | 3.40 |
| SMITH CO EMER SERV#2 | 36,753 | 1,940 | 0.084648 | 1.64 |
| SMITH COUNTY | 36,753 | 1,940 | 0.330000 | 6.40 |
| | | | **TOTAL BASE TAX** | 11.44 |
| | | | **PENALTY & INTEREST** | 0.79 |
| | | | **PRIOR YEARS** | 33.84 |
| | | | **Total Amount Due** | 46.07 |

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE SMITH COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE SMITH COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $2.47.

↓ Detach ↓
Return With Payment

2016 +Tax Statement
02/14/2017

NOTE: TOTAL SHOWS CURRENT AND PRIOR YEAR TAXES DUE.

EXHIBIT 1
Page 4 of 8

TIDWELL JEREMY
130 COYLE ROAD
GILMER TX 75645

Property Account Number
100000058800004000

| Total Amount Due | $46.07 |
|---|---|

| IF PAID IN | AMOUNT DUE |
|---|---|
| MAR | 46.57 |
| APR | 47.05 |
| MAY | 47.56 |
| JUN | 48.04 |
| JUL | 50.65 |
| AUG | 51.05 |

**Please Make Checks Payable To:**
**Gary B. Barber**

2016 00000117327 0000004607 0000004657 0000004705 0000004756 C 001



county.tax.office.com

Friday, February 24, 2017

| | |
|---|---|
| Home | Contact Us | Legal |

### Property Tax Record

- Home
- Tax Online
- Vehicles
- Locations
- Tax Information
- Careers

New Search

**Account:** 100000074700003000
**APD:** R026131
**Location:** 0000000C R 371
**Legal:** ABST A0747 I NORRIS TRACT 3 (P T 25.035 AC / SEE A- 588 TR 4)
**Owner:** TIDWELL JEREMY
130 COYLE ROAD
GILMER TX 75645

**Acres:** 14.257
**Yr Built:** 0
**Sq Ft:** 0
**Def. Start:** NONE
**Def. End:** NONE
**Roll:** R
**UDI:** 100%

**2016 Values**
Agriculture   48617
Land Ag Land   2566
**2016 Exemptions**
AG002   48617

Click on the e-Statement button to view Total Tax Due.

Click on the e-Payment button to make a credit card or eCheck payment.

| Current status | | Tax Estimator | e-Payment | e-Statement |
| All years | Payments | | | |
| Correspondence | | | | |

| Year | Unit | Levy Amount | Levy Paid | Levy Due | Penalty | Interest | Col Penalty | Total Due | Receipt Date |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 2 | 2.17 | 0.00 | 2.17 | 0.13 | 0.02 | 0.00 | 2.32 | |
| 2016 | 212 | 8.47 | 0.00 | 8.47 | 0.51 | 0.08 | 0.00 | 9.06 | |
| 2016 | SK | 4.49 | 0.00 | 4.49 | 0.27 | 0.04 | 0.00 | 4.80 | |
| 2016 Totals | | 15.13 | 0.00 | 15.13 | 0.91 | 0.14 | 0.00 | 16.18 | |
| 2015 | 2 | 2.17 | 0.00 | 2.17 | 0.26 | 0.28 | 0.41 | 3.12 | |
| 2015 | 212 | 8.47 | 0.00 | 8.47 | 1.02 | 1.10 | 1.59 | 12.18 | |
| 2015 | SK | 4.49 | 0.00 | 4.49 | 0.54 | 0.58 | 0.84 | 6.45 | |
| 2015 Totals | | 15.13 | 0.00 | 15.13 | 1.82 | 1.96 | 2.84 | 21.75 | |
| 2014 | 2 | 2.17 | 0.00 | 2.17 | 0.26 | 0.54 | 0.45 | 3.42 | |
| 2014 | 212 | 8.47 | 0.00 | 8.47 | 1.02 | 2.12 | 1.74 | 13.35 | |
| 2014 | SK | 3.95 | 0.00 | 3.95 | 0.47 | 0.99 | 0.81 | 6.22 | |
| 2014 Totals | | 14.59 | 0.00 | 14.59 | 1.75 | 3.65 | 3.00 | 22.99 | |

Read our Privacy Policy

Smith County Tax Assessor/Collector
903-590-2920
Copyright© 2009 Smith County. All Rights Reserved.
Site Design by Spindlemedia

taxoffice@smith-county.com



EXHIBIT 1
Page 5 of 8



| Gary B. Barber | 2016+ Tax Statement |
|---|---|
| Smith County Tax Office<br>P.O. Box 2011<br>Tyler, TX 75710-2011<br>903-590-2920 | Property Account Number:<br>**100000074700003000** |

| | | | |
|---|---|---|---|
| Statement Date: | 02/14/2017 | Property Location: | 0000000 C R 371 |
| Owner: | TIDWELL JEREMY | Acres: | 14.257 |
| Mailing Address: | 130 COYLE ROAD<br>GILMER TX 75645 | Legal Description: | ABST A0747 I NORRIS TRACT 3 (P<br>T 25.035 AC / SEE A- 588 TR 4) |

Exemptions: Ag 1D1

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE |
|---|---|---|---|---|
| 0 | 51,183 | 0 | 0 | 2,566 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| KILGORE COLLEGE | 48,617 | 2,566 | 0.175000 | 4.49 |
| SMITH CO EMER SERV#2 | 48,617 | 2,566 | 0.084648 | 2.17 |
| SMITH COUNTY | 48,617 | 2,566 | 0.330000 | 8.47 |
| | | | TOTAL BASE TAX | 15.13 |
| | | | PENALTY & INTEREST | 1.05 |
| | | | PRIOR YEARS | 44.74 |
| | | | Total Amount Due | 60.92 |

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE SMITH COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE SMITH COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $3.26.

↓ Detach ↓
Return With Payment

| | Property Account Number<br>100000074700003000 | |
|---|---|---|
| 2016 +Tax Statement<br>02/14/2017 | Total Amount Due | $60.92 |
| | IF PAID IN | AMOUNT DUE |
| | MAR | 61.56 |
| | APR | 62.22 |
| | MAY | 62.89 |
| | JUN | 63.52 |
| | JUL | 66.98 |
| | AUG | 67.49 |

NOTE: TOTAL SHOWS CURRENT AND PRIOR YEAR TAXES DUE.

EXHIBIT 1
Page 6 of 8

TIDWELL JEREMY
130 COYLE ROAD
GILMER TX 75645

Please Make Checks Payable To:
**Gary B. Barber**

2016 00000117328 0000006092 0000006156 0000006222 0000006289 C 001



county.tax.office.com

Friday, February 24, 2017

○ Home  ○ Contact Us  ○ Legal

- Home
- Tax Online
- Vehicles
- Locations
- Tax Information
- Careers

### 🏠 Property Tax Record

[ New Search ]

**Account:** 100000074700003010  
**APD:** R178021  
**Location:** 0000000C R 371  
**Legal:** ABST A0747 I NORRIS TRACT 3A ( PT 25.225 AC / SEE A-588 TR 4A )  
**Owner:** TIDWELL JEREMY  
130 COYLE ROAD  
GILMER TX 75645

**Acres:** 17.367  
**Yr Built:** 0  
**Sq Ft:** 0  
**Def. Start:** NONE  
**Def. End:** NONE  
**Roll:** R  
**UDI:** 100%

**2016 Values**  
Agriculture  59222  
Land Ag Land  3126  
**2016 Exemptions**  
AG002  59222

Click on the e-Statement button to view Total Tax Due.

Click on the e-Payment button to make a credit card or eCheck payment.

[ Current status ] [ Tax Estimator ] [ e-Payment ] [ e-Statement ]
[ All years ] [ Payments ]
[ Correspondence ]

| Year | Unit | Levy Amount | Levy Paid | Levy Due | Penalty | Interest | Col Penalty | Total Due | Receipt Date |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 2 | 2.65 | 0.00 | 2.65 | 0.16 | 0.03 | 0.00 | 2.84 | |
| 2016 | 212 | 10.32 | 0.00 | 10.32 | 0.62 | 0.10 | 0.00 | 11.04 | |
| 2016 | SK | 5.47 | 0.00 | 5.47 | 0.33 | 0.05 | 0.00 | 5.85 | |
| 2016 Totals | | 18.44 | 0.00 | 18.44 | 1.11 | 0.18 | 0.00 | 19.73 | |
| 2015 | 2 | 2.65 | 0.00 | 2.65 | 0.32 | 0.34 | 0.50 | 3.81 | |
| 2015 | 212 | 10.32 | 0.00 | 10.32 | 1.24 | 1.34 | 1.94 | 14.84 | |
| 2015 | SK | 5.47 | 0.00 | 5.47 | 0.66 | 0.71 | 1.03 | 7.87 | |
| 2015 Totals | | 18.44 | 0.00 | 18.44 | 2.22 | 2.39 | 3.47 | 26.52 | |
| 2014 | 2 | 2.65 | 0.00 | 2.65 | 0.32 | 0.66 | 0.54 | 4.17 | |
| 2014 | 212 | 10.32 | 0.00 | 10.32 | 1.24 | 2.58 | 2.12 | 16.26 | |
| 2014 | SK | 4.81 | 0.00 | 4.81 | 0.58 | 1.20 | 0.99 | 7.58 | |
| 2014 Totals | | 17.78 | 0.00 | 17.78 | 2.14 | 4.44 | 3.65 | 28.01 | |

Read our Privacy Policy

Smith County Tax Assessor/Collector  
903-590-2920  
Copyright© 2009 Smith County. All Rights Reserved.  
Site Design by Spindlemedia

taxoffice@smith-county.com

EXHIBIT 1

Page 7 of 8



**Gary B. Barber**
Smith County Tax Office
P.O. Box 2011
Tyler, TX 75710-2011
903-590-2920

# 2016+ Tax Statement

**Property Account Number:**

**100000074700003010**

| | |
|---|---|
| Statement Date: | 02/14/2017 |
| Owner: | TIDWELL JEREMY |
| Mailing Address: | 130 COYLE ROAD<br>GILMER TX 75645 |

| | |
|---|---|
| Property Location: | 0000000 C R 371 |
| Acres: | 17.367 |
| Legal Description: | ABST A0747 I NORRIS TRACT 3A (<br>PT 25.225 AC / SEE A-588 TR 4A<br>) |

**Exemptions:** Ag 1D1

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE |
|---|---|---|---|---|
| 0 | 62,348 | 0 | 0 | 3,126 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| KILGORE COLLEGE | 59,222 | 3,126 | 0.175000 | 5.47 |
| SMITH CO EMER SERV#2 | 59,222 | 3,126 | 0.084648 | 2.65 |
| SMITH COUNTY | 59,222 | 3,126 | 0.330000 | 10.32 |
| | | | **TOTAL BASE TAX** | **18.44** |
| | | | **PENALTY & INTEREST** | **1.29** |
| | | | **PRIOR YEARS** | **54.53** |
| | | | **Total Amount Due** | **74.26** |

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE SMITH COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE SMITH COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $3.97.

↓ Detach ↓
Return With Payment

| | 2016 +Tax Statement<br>02/14/2017 |
|---|---|

NOTE: TOTAL SHOWS CURRENT AND PRIOR YEAR TAXES DUE.

EXHIBIT 1
Page 8 of 8

TIDWELL JEREMY
130 COYLE ROAD
GILMER TX 75645

| Property Account Number<br>100000074700003010 | |
|---|---|
| **Total Amount Due** | **$74.26** |
| **IF PAID IN** | **AMOUNT DUE** |
| MAR | 75.05 |
| APR | 75.85 |
| MAY | 76.63 |
| JUN | 77.40 |
| JUL | 81.67 |
| AUG | 82.27 |
| **Please Make Checks Payable To:**<br>**Gary B. Barber** | |

2016 00000537185 0000007426 0000007505 0000007585 0000007663 C 001